THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
MATTHEW T. ARVIZU [SBN 313933]
marvizu@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant Midland Credit
Management, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS M. VASQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:19-cv-10652-SVW-PLA<br><br>**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE, OR TO CONTINUE STATUS CONFERENCE**<br><br>Date:     April 27, 2020<br>Time:    3:00 p.m.<br><br>Judge:   Hon. Stephen V. Wilson |

P:01367788.1:87025.273

JOINT REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE, OR TO CONTINUE STATUS CONFERENCE

TO THE CLERK OF THE COURT:

The parties request permission to appear telephonically at the Initial Status Conference, currently scheduled for Monday, April 27, 2020 at 3:00 p.m., in light of the fact that due to the COVID-19 pandemic the courthouse is closed.

In the alternative, the parties request the Initial Status Conference be continued to a date after the courthouse reopens and California Executive Order N-33-20 is lifted.

DATED:  April 22, 2020               SOLOMON WARD SEIDENWURM & SMITH, LLP


                                                  By:      /s/Thomas F. Landers
                                                           THOMAS F. LANDERS
                                                           MATTHEW T. ARVIZU
                                                           Attorneys for Defendant Midland Credit Management, Inc.

DATED:  April 22, 2020               WAJDA LAW GROUP, APC


                                                  By:      /s/Nicholas M. Wajda
                                                           NICHOLAS M. WAJDA
                                                           Attorneys for Plaintiff Genesis M. Vasquez

### Signature Certification

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Nicholas M. Wajda, counsel for Genesis M. Vasquez, and I obtained his authorization to affix his electronic signature to this document.


                                                  /s/Thomas F. Landers

JOINT REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE, OR TO CONTINUE STATUS CONFERENCE